UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY DAWKINS,

                    Plaintiff,

          -against-

NEW YORK CITY BOARD OF ELECTIONS,
COMMISSIONERS IN THEIR OFFICIAL
CAPACITIES,

                    Defendants.

25-CV-10827 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is proceeding *pro se* and *in forma pauperis,* has filed an application for the court to request *pro bono* counsel. (ECF 15.) The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because the Court cannot conclude, at this time, that Plaintiff's claims are likely to be meritorious, the Court denies Plaintiff's motion for counsel without prejudice to renewal at a later date.[1]

---

[1] The Court notes that it previously denied Plaintiff's motion for preliminary injunctive relief because her submissions did not demonstrate a likelihood of success on the merits or sufficiently serious questions going to the merits to make them a fair ground for litigation. (ECF 11.) In that same order, the Court denied Plaintiff's request to proceed with this action as a class action, and directed her to file an amended complaint asserting only claims on her own behalf. By order dated February 26, 2026, the Court granted Plaintiff a 90-day extension of time to file an amended complaint. (ECF 14.)

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:    May 22, 2026
          New York, New York

                                    /s/ Laura Taylor Swain
                                    LAURA TAYLOR SWAIN
                                    Chief United States District Judge

2