UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY DAWKINS,

Plaintiff,

-against-

NEW YORK CITY BOARD OF ELECTIONS; COMMISSIONERS IN THEIR OFFICIAL CAPACITIES.,

Defendants.

25 CIVIL 10827 (LLS)

# CIVIL JUDGMENT

For the reasons stated in the October 8, 2026, order, the Court dismisses the complaint without prejudice for lack of standing, and therefore, for lack of subject matter jurisdiction. See Fed. R. Civ. P. 12(h)(3).

SO ORDERED.

Dated: October 13, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge